# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMON WALKER,<br>*Defendant*. | No. 3:99-cr-264 |

## ORDER REDUCING SENTENCE

On November 21, 2005, Mr. Walker received a sentence for four offenses: (1) Racketeering in Corrupt Organizations ("RICO") in violation of 18 U.S.C. § 1962(c); (2) RICO conspiracy in violation of 18 U.S.C. § 1962(d) (together with offense one, "the RICO offenses"); (3) two counts of "conspiracy to possess with intent to distribute and to distribute narcotics" in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 ("drug offenses"); and (4) obstruction of justice/witness tampering in violation of 18 U.S.C. § 1512(b).

Mr. Walker received a sentence of 300 months imprisonment on the RICO offenses, 300 months on the drug offenses, and 120 months on the obstruction offense, to run concurrently. Judgment (Nov. 29, 2005), ECF No. 1984 at 1; Am. Judgment (Feb. 15, 2006), ECF No. 2027 at 1.

Mr. Walker has sought relief under the First Step Act. First Step Act Mot. for Immed. Release or Resentencing, ECF No. 2488; Pub. L. No. 115-391, 132 Stat. 5194 ("First Step Act").

Having considered the matter, the Court is satisfied that the amended Sentencing Guideline Range of 210 to 262 months incorporates the relief that the First Step Act provides, while still reflecting the severity of Mr. Walker's conduct, including the predicate offenses. The Court therefore determines that a reduction of Mr. Walker's sentence in its entirety is warranted

under the First Step Act.

Accordingly, for these reasons and those discussed in open court, **IT IS ORDERED** that Mr. Walker's term of imprisonment be **REDUCED** to **TIME SERVED** for all four offenses.

**IT IS FURTHER ORDERED** that Mr. Walker's term of supervised release be **REDUCED** to **8 YEARS.**

**IT IS FURTHER ORDERED** that all other terms of the original sentence be unchanged.

**SO ORDERED** at Bridgeport, Connecticut, this 24th day of July, 2019.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE